Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Eastern District of New York

Caption:

United States v.

Himen Ross

Docket No.: 18 Cr 609

Hon. Hector Gonzalez (District Court Judge)

Notice is hereby given that defendant Himen Ross appeals to the United States Court of Appeals for the Second Circuit from the judgment [ ], other [ ] _____ (specify)

entered in this action on April 18, 2023 (date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]

Defendant found guilty by plea [ ] trial [✓] N/A [ ].

Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]

Date of sentence: April 14, 2023    N/A [ ]

Bail/Jail Disposition: Committed [✓]  Not committed [ ]  N/A [ ]

Appellant is represented by counsel? Yes [ ] No [ ] If yes, provide the following information:

Defendant's Counsel: Michael A. Marinaccio/Elizabeth Macedonio/Cory M. Garcia

Counsel's Address: c/o 245 Main Street, Suite 420
White Plains, New York 10601

Counsel's Phone: (914) 761-0707

Assistant U.S. Attorney: Kayla Bensing

AUSA's Address: 271 Cadman Plaza East
Brooklyn, New York 11201

AUSA's Phone: (718) 254-6279

Signature